Frankie J. MONROE, Plaintiff–
Appellant,

v.

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT, Defendant–
Appellee.**

No. 06–41337.

United States Court of Appeals,
Fifth Circuit.

June 29, 2007.

Christopher Edwin McJunkin, Law Office of Chris McJunkin, Corpus Christi, TX, for Plaintiff–Appellant.

Bobbi K. Mihal, J. Erik Nichols, Henslee, Fowler, Hepworth & Schwartz, Houston, TX, for Defendant–Appellee.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The court has carefully reviewed this appeal in light of the briefs, oral arguments, and pertinent parts of the record. Having done so, we find no reversible error of law or fact and therefore *AFFIRM* for essentially the reasons stated by the trial court.

**AFFIRMED.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.